IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION

| | |
|---|---|
| Cynthia F. Cox,<br>    Plaintiff,<br>vs.<br>Andrew Saul, Commissioner<br>of Social Security,<br>    Defendant. | Civil Action No. 5:19-cv-2067-CMC<br><br>**ORDER** |

Upon consideration of the Stipulation filed by the parties on February 1, 2021, it is hereby

ORDERED that Plaintiff, Cynthia F. Cox, is awarded attorney's fees under the EAJA in the amount of Eight Thousand Seven Hundred Fifty Dollars and 00/100 ($8,750.00) and Four Hundred Dollars ($400) in costs.[1] These attorney's fees and costs will be paid directly to Plaintiff, Cynthia F. Cox,, and sent to the business address of Plaintiff's counsel.  Full or partial remittance of the awarded attorney's fees will be contingent upon a determination by the Government that Plaintiff owes no qualifying, pre-existing debt(s) to the Government.  If such a debt(s) exists, the Government will reduce the awarded attorney's fees in this Order to the extent necessary to satisfy such debt(s).

  **IT IS SO ORDERED**.

                  s/Cameron McGowan Currie
                  CAMERON MCGOWAN CURRIE
                  Senior United States District Judge

Columbia, South Carolina
February 4, 2021

---

[1] Plaintiff originally filed a motion for attorney's fees and costs on January 17, 2021.  ECF No. 30. Based on the instant stipulation, which is noted to be a compromise settlement of Plaintiff's request for attorney's fees (ECF No. 31 at 2) that motion is moot.